UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. THOMAS J. AQUILINO, SENIOR JUDGE

-----------------------------------------------------------x
Mast Industries,                                :

                *Plaintiff*,                        :

                    v.                    :       Court No.      07-00159

United States,                                  :

                *Defendant*.                     :
-----------------------------------------------------------x

## COMPLAINT

1. Plaintiff is the importer of record.

2. The protests and summons herein were timely filed.

3. All liquidated duties, charges and exactions were paid prior to commencement of this action.

4. The imported merchandise at issue ("subject merchandise") is identified on Exhibit 1 by protest number, entry number, entry line number, style number, and style description.

5. The subject merchandise consists of ladies' knitted tops with a built-in shelf bra.

6. In liquidation, U.S. Customs and Border Protection ("Customs") classified the subject merchandise as tank tops, knitted or crocheted, of cotton, under HTSUS subheading 6109.10.00 at the rate of 16.5 percent ad valorem,

7. The subject merchandise is classifiable as other garments, knitted or crocheted, of cotton under subheading 6114.20.00, HTSUS, at the rate of 10.8 percent ad valorem.

8.  The subject merchandise is similar to the merchandise at issue in *Victoria's Secret Direct, LLC v. United States*, 908 F. Supp. 2d 1332 (Ct. Int'l. Trade 2013) and *Lerner N.Y., Inc. v. United States*, 908 F. Supp. 2d 1313 (Ct. Int'l. Trade 2013), *aff'd. Victoria's Secret, LLC. V. United States*, 908 F.3d 1102 (Fed. Cir. 2014), wherein the court held that knitted outer garments which provide significant body coverage and bust support are classifiable under heading 6114, HTSUS.

**WHEREFORE**, plaintiff respectfully requests that this Court render judgment in its favor and direct Customs to (1) reliquidate each entry identified on Exhibit 1 with identified style number, classifying each style number identified for that entry as indicated above and (2) refund the excess duties collected with lawful interest.

Respectfully submitted,

GRUNFELD, DESIDERIO, LEBOWITZ
SILVERMAN & KLESTADT, LLP
Attorneys for Plaintiff
599 Lexington Avenue
36th Floor
New York, New York 10022
Tel. (212) 557-4000

/s/   Robert F. Seely
Robert B. Silverman
Alan R. Klestadt

Dated:  New York, New York
        May 2, 2022

# EXHIBIT 1

**Port:**   Seattle, WA (3001); New York, NY (4701)

**Summons Filed:** 5/10/2007

*NOTE:*  Entries that are asterisked (*) are abandoned and not subject to stipulation of judgment.

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 3001-07-100093 | 113-3392233-1* | | | |
| 3001-07-100093 | 113-3423162-5* | | | |
| 3001-07-100094 | 113-3422761-5* | | | |
| 3001-07-100094 | 113-3422762-3* | | | |
| 4701-06-100422 | 113-3125091-7 | 1 | 2001210 | TANK TOP,SHELF BRA of cotton |
| 4701-06-100422 | 113-3126504-8 | 1 | 2001210 | TANK TOP,SHELF BRA of cotton |
| 4701-06-100438 | 113-3098584-4* | | | |
| 4701-06-100438 | 113-3098586-9* | | | |
| 4701-06-100438 | 113-3113731-2* | | | |
| 4701-06-100438 | 113-3113750-2* | | | |
| 4701-06-100438 | 113-3122210-6* | | | |
| 4701-06-100438 | 113-3122212-2* | | | |
| 4701-06-100438 | 113-3122213-0* | | | |
| 4701-06-100438 | 113-3151832-1* | | | |
| 4701-06-100650 | 113-3231925-7* | | | |
| 4701-06-100652 | 113-3188019-2* | | | |
| 4701-06-100652 | 113-3188021-8* | | | |
| 4701-06-100652 | 113-3188024-2* | | | |
| 4701-06-100652 | 113-3188112-5* | | | |
| 4701-06-100652 | 113-3188114-1* | | | |
| 4701-06-100652 | 113-3188115-8* | | | |
| 4701-06-100652 | 113-3188122-4* | | | |
| 4701-06-100652 | 113-3188123-2* | | | |
| 4701-06-100652 | 113-3188124-0* | | | |
| 4701-06-100652 | 113-3188126-5* | | | |
| 4701-06-100652 | 113-3188127-3* | | | |
| 4701-06-100652 | 113-3188183-6* | | | |
| 4701-06-100652 | 113-3208006-5* | | | |
| 4701-06-100652 | 113-3231939-8* | | | |
| 4701-06-100652 | 113-3231941-4* | | | |
| 4701-06-100754 | 113-3252612-5* | | | |
| 4701-06-100754 | 113-3291124-4* | | | |
| 4701-06-100754 | 113-3291128-5* | | | |
| 4701-06-100754 | 113-3291129-3* | | | |

| Protest | Entry No | Line No | Style No | Description |
|---|---|---|---|---|
| 4701-06-100754 | 113-3293631-6* | | | |
| 4701-06-100754 | 113-3293632-4* | | | |
| 4701-07-100014 | 113-3319904-7* | | | |
| 4701-07-100014 | 113-3319908-8* | | | |
| 4701-07-100014 | 113-3321084-4* | | | |

11601504_1